# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10CR243 |
| | ) | |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| AWNI SHUAIB ZAYYAD | ) | |
| _____ | ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, Indictment and Arrest Warrant be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This 17th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE